# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2014

### NO. 03-13-00517-CV

**Travis County Sheriff Greg Hamilton, Travis County Sheriff's Office Major Darren Long, and Travis County, Appellants**

**v.**

**Justin Thelen, Appellee**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the order signed by the trial court on July 16, 2013. The appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.